# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 7, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146763(64)

HEATHER LYNN HANNAY,
   Plaintiff-Appellee,

v

           SC: 146763
           COA: 307616
           Court of Claims: 09-000116-MZ

DEPARTMENT OF TRANSPORTATION,
   Defendant-Appellant.
_____/

   On order of the Chief Justice, the motion of plaintiff-appellee to reschedule the oral argument of this case is GRANTED. The clerk is directed to place this case on the April 2014 Session Calendar for argument and submission.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

   February 7, 2014    
                Clerk